No. 167. BANCO CREDITO Y AHORRO PONCENO *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 1st Cir. Certiorari denied. *Guy Farmer* and *William Lespier* for petitioner. *Solicitor General Griswold* for respondent.

No. 169. DEPUGH *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. *Charles B. Blackmar* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Jerome M. Feit* for the United States.

No. 170. LOCAL UNION No. 705, HOTEL & RESTAURANT EMPLOYEES & BARTENDERS UNION, AFL–CIO *v.* WIRTZ, SECRETARY OF LABOR. C. A. 6th Cir. Certiorari denied. *Ernest Goodman* for petitioner. *Solicitor General Griswold, Assistant Attorney General Weisl, Alan S. Rosenthal,* and *Robert V. Zener* for respondent.

No. 171. BRICKLAYERS, MASONS & PLASTERERS' INTERNATIONAL UNION OF AMERICA, LOCAL 11, AFL–CIO *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 2d Cir. Certiorari denied. *Irving Kessler* for petitioner. *Solicitor General Griswold, Arnold Ordman, Dominick L. Manoli,* and *Norton J. Come* for respondent.

No. 173. GORMAN *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Anna R. Lavin* and *Edward J. Calihan, Jr.,* for petitioner. *Solicitor General Griswold, Assistant Attorney General Rogovin, Joseph M. Howard,* and *John M. Brant* for the United States.

No. 186. MILLS *v.* NEW JERSEY. Sup. Ct. N. J. Certiorari denied. *Eugene P. Kenny* for petitioner.